IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BIMBO BAKERIES USA, INC. AND VALERII KHADIKOV,** <br><br> *Plaintiffs*, <br><br> v. <br><br> **MARCO RUBIO, in his official capacity as United States Secretary of State,** <br><br> *Defendant.* | **CIVIL ACTION NO. 24-5919** |

**ORDER RE: MOTION TO DISMISS**

**AND NOW**, on this 19th day of March 2025, upon consideration of Defendant's Motion to Dismiss the Complaint for Lack of Jurisdiction and For Failure to State a Claim (ECF 12), Plaintiffs' response thereto (ECF 13), and Defendant's reply (ECF 14), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF 12) is **GRANTED**. The Complaint is **DISMISSED with prejudice** for lack of subject matter jurisdiction. The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-5919 Bimbo Bakeries v Blinken\24cv5919 Order re MTD.docx